**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03021-RBJ

REGINA FARMER,

    Plaintiff,

v.

AMREST d/b/a APPLEBEE'S
a Delaware corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict.

    Pursuant to Fed. R. Civ. P. 58(a), and all previous Orders entered in this case, Final Judgment is entered for Defendant and against the Plaintiff.  As directed by the court on day four of the jury trial, Defendant shall file its Bill of Costs with the Clerk of Court **30 days** from date the verdict was returned, November 1, 2012.

    DATED at Denver, Colorado this 6th day of November, 2012.

                                    FOR THE COURT:
                                    JEFFREY P. COLWELL, CLERK


                                    By: s/ Edward P. Butler
                                    Edward P. Butler
                                    Deputy Clerk